UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **2:19-cv-06908-AFM**　　　　　　　　　　　　　　Date: **April 8, 2020**

Title　　**Joanne M. Warren v. Andrew Saul**

Present: The Honorable　　ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE**

　　Pursuant to the Court's Order re Procedures in Social Security Appeal, Defendant's Memorandum in Support of Answer was due on March 24, 2020. (Order, ECF No. 7.) The docket sheet shows that, as late as the date of this Order, defendant has not filed a Memorandum in Support of Defendant's Answer. Defendant has failed to comply with the Court's Order.

　　Accordingly, IT IS ORDERED that within 45 days of the filing date of this Order, defendant shall show cause in writing why this action should not be dismissed. The filing of a Defendant's Memorandum in Support of Answer within 45 days shall discharge the order to show cause and all other deadlines required by the Case Management Order will be extended accordingly.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　**Initials of Preparer**　　ib